■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT JAMES MOSIER, Appellant. — Judgment unanimously affirmed for the reasons stated at Trial Term, Mark, J. (Appeal from judgment of Monroe County Court, Mark J. — criminal sale controlled substance, third degree.) Present — Simons, J. P., Hancock, Jr., Callahan, Doerr and Moule, JJ.